1  D. MICHAEL SCHOENFELD, SBN 102332
   J. SCOTT ALEXANDER, SBN 190034
2  MIKHAIL PARNES, SBN 300922
   MURPHY AUSTIN ADAMS SCHOENFELD LLP
3  555 Capitol Mall, Suite 850
   Sacramento, California 95814
4  Telephone:  (916) 446-2300
   Facsimile:  (916) 503-4000
5  Email:      mschoenfeld@murphyaustin.com
   Email:      salexander@murphyaustin.com
6  Email:      mparnes@murphyaustin.com

7  Attorneys for Defendants
   MCM CONSTRUCTION, INC., A. TEICHERT &
8  SON, INC. d/b/a TEICHERT CONSTRUCTION,
   TEICHERT/MCM, a California Joint Venture,
9  LIBERTY MUTUAL INSURANCE COMPANY,
   and TRAVELERS CASUALTY AND SURETY
10 COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MABEY INC., a Maryland corporation, | Case No. 2:16-cv-02639-JAM-DB |
|---|---|
| Plaintiff, | **FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT THROUGH DECEMBER 16, 2016** |
| v. | |
| MCM CONSTRUCTION, INC., a California corporation, CITY OF TRACY, CALIFORNIA, TEICHERT/MCM, a California joint venture, A.TEICHERT & SON, INC. d/b/a TEICHERT CONSTRUCTION, a California corporation, LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation, | ASSIGNED FOR ALL PURPOSES TO HON. JOHN A. MENDEZ |
| Defendants. | |

IT IS HEREBY stipulated by and between Plaintiff MABEY INC. and Defendants MCM CONSTRUCTION, INC., A. TEICHERT & SON, INC. d/b/a TEICHERT CONSTRUCTION, TEICHERT/MCM, a California Joint Venture, LIBERTY MUTUAL INSURANCE COMPANY,

- 1 -                                                                                          1280.006-2282642.1

FURTHER STUIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT 2:16-CV-02639-JAM-DB

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and CITY OF TRACY, through their respective counsel, that Defendants MCM CONSTRUCTION, INC., A. TEICHERT & SON, INC. d/b/a TEICHERT CONSTRUCTION, TEICHERT/MCM, a California Joint Venture, LIBERTY MUTUAL INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, and CITY OF TRACY be granted a further extension of time to answer, move or otherwise respond to the Complaint filed by Plaintiff MABEY INC. in the above-captioned matter, pursuant to Local Rule 144(a), to and including December 16, 2016, which is a period of no more than twenty-eight (28) days from the date the response of Defendants would otherwise be due.

The undersigned represent to the Court that they are authorized on behalf of the parties for whom they are signing this Stipulation to agree to the foregoing.

Dated: December 7, 2016        _____/S/_____
                               BRIAN P. WAAGNER
                               Attorney for Plaintiff MABEY INC.

Dated: December 7, 2016        OFFICE OF THE CITY ATTORNEY
                               CITY OF TRACY

                               By:_____/S/_____
                                   BILL SARTOR
                                   City Attorney
                                   Attorney for Defendant CITY OF TRACY

Dated: December 8, 2016        MURPHY AUSTIN ADAMS SCHOENFELD LLP


                               By:   /S/_____
                                   D. MICHAEL SCHOENFELD
                                   J. SCOTT ALEXANDER
                                   MIKHAIL PARNES
                                   Attorneys for Defendants
                                   MCM CONSTRUCTION, INC., A. TEICHERT &
                                   SON, INC. d/b/a TEICHERT CONSTRUCTION,
                                   TEICHERT/MCM, a California Joint Venture,
                                   LIBERTY MUTUAL INSURANCE COMPANY,
                                   and TRAVELERS CASUALTY AND SURETY
                                   COMPANY OF AMERICA

1   FURTHER EXTENSION IS HEREBY GRANTED.

3   Dated:  12/8/2016                            /s/ John A. Mendez
                                                 Hon. John A. Mendez
                                                 U. S.  District Court Judge