D. MICHAEL SCHOENFELD, SBN 102332
J. SCOTT ALEXANDER, SBN 190034
MIKHAIL PARNES
MURPHY AUSTIN ADAMS SCHOENFELD LLP
555 Capitol Mall, Suite 850
Sacramento, California  95814
Telephone:    (916) 446-2300
Facsimile:     (916) 503-4000
Email:         mschoenfeld@murphyaustin.com
Email:         salexander@murphyaustin.com
Email:         mparnes@murphyaustin.com

Attorneys for Defendants
MCM CONSTRUCTION, INC., A. TEICHERT & SON, INC. d/b/a TEICHERT CONSTRUCTION, TEICHERT/MCM, LIBERTY MUTUAL INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABEY INC., a Maryland corporation,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MCM CONSTRUCTION, INC., a California corporation, CITY OF TRACY, CALIFORNIA, TEICHERT/MCM, a California joint venture, A.TEICHERT & SON, INC. d/b/a TEICHERT CONSTRUCTION, a California corporation, LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　　　Defendants. | Case No.  2:16-cv-02639-JAM-DB<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS FOR SIXTY (60) DAYS** |

The undersigned counsel, representing Plaintiff Mabey Inc. and the Defendants named in the action, hereby jointly stipulate to a limited stay of proceedings for a period of sixty (60) calendar days, through February 14, 2017.  The stay is needed to allow the parties to engage in

- 1 -    1280.006-2290388.1

1  settlement discussions.  Plaintiff Mabey Inc. and Defendant MCM Construction, Inc., have
2  executed an agreement requiring MCM Construction, Inc. to make certain payments to Mabey
3  over the next 60 days and have agreed to an in-person meeting for the specific purpose of
4  negotiating a final resolution.  The Parties are optimistic that a final settlement will be achieved.
5  A stay of the pending litigation would facilitate the settlement because it would allow the parties
6  to limit their expenditure of attorney's fees and costs addressing the requirements of the litigation
7  while settlement negotiations are underway.

        The Parties have agreed that any party may request to lift the stay of proceedings after giving at least seven calendar days written notice to counsel for the other parties.

        Upon the expiration of the stay of proceedings, whether by the passage of time or order of the Court, Defendants shall have ten business days from the cessation of the stay to file any responsive pleadings.

IT IS SO STIPULATED.

                          __/S/_____
                          BRIAN P. WAAGNER
Dated: December  16, 2016      Attorney for Plaintiff MABEY INC.

Dated: December 16, 2016       OFFICE OF THE CITY ATTORNEY
                          CITY OF TRACY

                          By:___/S/_____
                              BILL SARTOR
                              City Attorney
                              Attorney for Defendant CITY OF TRACY

Dated: December 16, 2016       MURPHY AUSTIN ADAMS SCHOENFELD LLP

                          By:__/s/_____
                              D. MICHAEL SCHOENFELD
                              J. SCOTT ALEXANDER
                              MIKHAIL PARNES
                              Attorneys for Defendants
                              MCM CONSTRUCTION, INC., A. TEICHERT &
                              SON, INC. d/b/a TEICHERT CONSTRUCTION,
                              TEICHERT/MCM, LIBERTY MUTUAL
                              INSURANCE COMPANY, and TRAVELERS
                              CASUALTY AND SURETY COMPANY OF
                              AMERICA

(Left margin: MURPHY AUSTIN ADAMS SCHOENFELD LLP)

1  IT IS SO ORDERED.

2

3

4  Dated: 12/16/ 2016                    /s/ John A. Mendez
                                          Hon. John A. Mendez, District Court Judge