JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:   415.398.3600
Facsimile:    415.398.2438
jvorhis@nossaman.com

HUSCH BLACKWELL LLP
KENNETH A. SLAVENS (admitted *pro hac vice*)
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 480-1500
Fax: (314) 480-1505
ken.slavens@huschblackwell.com

BRIAN P. WAAGNER (admitted *pro hac vice*)
750 17th Street N.W., Suite 900
Washington, DC  20006
Phone: (202) 378-2355
Fax: (202) 378-2318
brian.waagner@huschblackwell.com

Attorneys for Plaintiff MABEY INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MABEY INC., a Maryland corporation,<br><br>              Plaintiff,<br><br>v.<br><br>MCM CONSTRUCTION, INC., a California corporation, CITY OF TRACY, CALIFORNIA, TEICHERT/MCM, a California joint venture, A.TEICHERT & SON, INC. d/b/a TEICHERT CONSTRUCTION, a California corporation, LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>              Defendants. | Case No.  2:16-cv-02639-JAM-DB<br><br>**JOINT STIPULATION TO STAY PROCEEDINGS** |

1    The undersigned counsel, representing Plaintiff Mabey Inc. and the Defendants named in
2 the action, hereby jointly stipulate to a further limited stay of proceedings through March 6, 2017
3 and an extension of the deadline for responsive pleadings to March 16, 2017.  This Court
4 previously granted the Parties a 60-day stay to permit settlement negotiations.  See ECF No. 19
5 (Order).
6    A further stay is needed to allow the parties to continue ongoing settlement discussions.
7 Representatives of Plaintiff Mabey, Inc. and Defendant MCM Construction, Inc. met in person on
8 February 14, 2017, for the purpose of engaging in settlement discussions.  While no settlement
9 was reached at this meeting, counsel for the Parties have subsequently continued settlement
10 discussions, including e-mails exchanged on February 22nd, and the Parties are optimistic that a
11 final settlement can be achieved in the next 10 calendar days.  A stay of the pending litigation
12 would facilitate settlement because it would allow the parties to limit their expenditure of
13 attorney's fees and costs addressing the requirements of the litigation while settlement
14 negotiations are underway.
15    IT IS SO STIPULATED.

STIPULATION TO STAY PROCEEDINGS 2:16-CV-02639-JAM-DB
48872523.V1

| | | |
|---|---|---|
| 1 | Dated: February 24, 2017 | HUSCH BLACKWELL LLP |
| 2 | | /s/ Brian Waagner |
| | | BRIAN P. WAAGNER |
| 3 | | Attorney for Plaintiff MABEY INC. |

Dated: February 23, 2017        OFFICE OF THE CITY ATTORNEY
                                CITY OF TRACY

By:/s/ Bill Sartor
   BILL SARTOR
   City Attorney
   Attorney for Defendant CITY OF TRACY

Dated: February 23, 2017        MURPHY AUSTIN ADAMS SCHOENFELD LLP

By:/s/ D. Michael Schoenfeld
   D. MICHAEL SCHOENFELD
   J. SCOTT ALEXANDER
   MIKHAIL PARNES
   Attorneys for Defendants
   MCM CONSTRUCTION, INC., A. TEICHERT & SON, INC. d/b/a TEICHERT CONSTRUCTION, TEICHERT/MCM, LIBERTY MUTUAL INSURANCE COMPANY, and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

IT IS SO ORDERED.


Dated:  2/24/2017               /s/ John A. Mendez
                                Hon. John A. Mendez, U. S. District Court Judge